ACCEPTED
03-13-00599-CV
3603204
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 1:58:47 PM
JEFFREY D. KYLE
CLERK

# NO. 03-13-00599-CV

_____

# In The Court of Appeals
# For The Third District of Texas
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/29/2014 1:58:47 PM
JEFFREY D. KYLE
Clerk

_____

Horse Hollow Generation Tie LLC,

*Appellant,*

v.

Whitworth-Kinsey #2, Ltd.,
Whitworth-Kinsey #3, Ltd., and David Olen Whitworth,

*Appellees.*

_____

On Appeal from the 119th District Court of Concho County, Texas
The Honorable Garland B. Woodward, Presiding Judge
(Trial Cause No. DAC-09-04042)

### APPELLEES' UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Hon. Renée F. McElhaney of the law firm of **BEIRNE, MAYNARD &
PARSONS, L.L.P.** ("Movant"), one of the attorneys of record for Whitworth-Kinsey #2, Ltd.,
Whitworth-Kinsey #3, Ltd. and David Olen Whitworth ("Appellees") and moves the Court to
substitute Matthew F. Wymer of the law firm of **BEIRNE, MAYNARD & PARSONS, L.L.P.**,
as attorney for Appellees.

1.      Pursuant to Rule 10, Movant requests that copies of all future notices, pleadings,
documents, motions, correspondence and other papers filed or exchanged by the parties to this
litigation respecting this case be directed and served upon:

2091662v.1  IMANAGE 106638

**Matthew F. Wymer**
**State Bar Number 24005234**
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
**112 E. Pecan, Ste. 2750**
**San Antonio, Texas 78205**
**Telephone: 210-582-0217**
**Facsimile: 210-582-0231**
**Email: mwymer@bmpllp.com**

2.       Appellant agrees to the substitution of counsel in this case, as noted below.

3.       The withdrawal of Hon. Renée F. McElhaney as co-counsel for Appellees is not sought for delay.  Rather, Renée F. McElhaney must withdraw because she has been elected to serve as the Judge of the 150th District Court as of January 1, 2015.

WHEREFORE, PREMISES CONSIDERED, Movant prays that this Motion for Substitution of Counsel be granted and requests that Matthew F. Wymer of the law firm of **BEIRNE, MAYNARD & PARSONS, L.L.P.**, be included on the docket of the Court and within the certificates of service of all parties hereto to receive notice of any and all matters and proceedings in the litigation.  Movant further prays that Hon. Renée F. McElhaney be released as counsel of record for Appellees in this cause.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

 */s/ Renée F. McElhaney*
Renée F. McElhaney
State Bar No.  00787483
112 E. Pecan, Suite 2750
San Antonio, Texas  78205
Telephone:  (210) 582-0227
Facsimile:  (210) 582-0231

**COUNSEL FOR APPELLEES**
**WHITWORTH-KINSEY #2, LTD.**
**WHITWORTH-KINSEY #3, LTD. AND**
**DAVID OLEN WHITWORTH**

2091662v.1  IMANAGE 106638

## CERTIFICATE OF CONFERENCE

Counsel for Appellees, Hon. Renée F. McElhaney, conferred with Counsel for Appellant, on December 18, 2014 regarding the substitution of counsel, as set out in detail in this Motion. Counsel for Appellant is in agreement that Hon. Renée F. McElhaney withdraw as counsel and Matthew F. Wymer be substituted in as Counsel for Appellees.

*/s/ Renée F. McElhaney*
Renée F. McElhaney

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document was forwarded to all counsel listed below pursuant to the Texas Rules of Civil Procedure on the 29th day of December, 2014:

David S. Coale
Email dcoale@lynnllp.com
Jeffrey M. Tillotson
Email jtillotson@lynnllp.com
Christopher J. Schwegmann
Email cschwegmann@lynnllp.com
Lynn Tillotson Pinker & Cox, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone No. (214) 981-3800
Telecopier No. (214) 981-3839
**Counsel for Appellant**

Laird Palmer
Email lplaw@tstar.net
Law Offices of Laird Palmer
341 Ft. McKavitt
P. O. Box 860
Mason, Texas 76856
Telephone No. (325) 347-6350
Telecopier No. (325) 347-6334
**Co-Counsel for Appellee**

*/s/ Renée F. McElhaney*
Renée F. McElhaney